```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ED&F MAN SHIPPING LTD.,

                     Plaintiff,

      - against -

GEDEN OPERATIONS LTD. et al.,

                    Defendants.
------------------------------------------------------------x

09 Civ. 4159 (RMB)

**ADMINISTRATIVE ORDER**

    Pursuant to the representations made by Plaintiff at the conference before this Court on September 9, 2009, it is hereby

    **ORDERED**, that the above-entitled action be, and the same hereby is, dismissed without prejudice. The Clerk of Court is directed to close this case.

**SO ORDERED**.

Dated: New York, New York
       September 9, 2009

                                                _RMB_
                                       **Richard M. Berman, U.S.D.J.**